**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  25-60125-CIV-SMITH/REINHART**

ALEXANDER CHRISTOPHER JOANNOU,

      Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon Magistrate Judge Reinhart's Report and Recommendation [DE 35], recommending Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [DE 34] be granted.  No objections have been filed.  Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

      **ORDERED** that:

      1)     Magistrate Judge Reinhart's Report and Recommendation [DE 35] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

      2)     Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [DE 34] is **GRANTED**.  Plaintiff is awarded $6,895.44 in attorneys' fees and costs in the amount of $405.00.

      **DONE and ORDERED** in Fort Lauderdale, Florida, this 5th day of May, 2026.

                                 _____
                               **RODNEY SMITH**
                               **UNITED STATES DISTRICT JUDGE**

cc:     All Counsel of Record